Alla Gulchina  (SBN: 003732010)
**Price Law Group, APC**
86 Hudson Street
Hoboken, New Jersey 07030
T. (818) 600-5566
E. alla@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jennifer Murray*

# UNITED STATES DISTRICT COURT
# OF NEW JERSEY

| | |
|---|---|
| JENNIFER MURRAY,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC, formerly known as NAVIENT SOLUTIONS, INC.,<br>Defendant. | Case No.: 2:18-cv-16039<br><br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Jennifer Murray, and Defendant, Navient Solutions, LLC, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: August 27, 2019                By:    */s/Alla Gulchina*

Alla Gulchina  (SBN: 003732010)
**Price Law Group, APC**
86 Hudson Street
Hoboken, New Jersey 07030
T. (818) 600-5566
E. alla@pricelawgroup.com
*Attorneys for Plaintiff, Jennifer Murray*