Alla Gulchina (SBN: 003732010)
**Price Law Group, APC**
86 Hudson Street
Hoboken, New Jersey 07030
T: (818) 600-5566
F: (818) 600-5466
alla@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jennifer Murray*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jennifer Murray,<br><br>    Plaintiff,<br><br>v.<br><br>Navient Solutions, LLC, formerly known as Navient Solutions, Inc.,<br><br>    Defendant. | Case No.: 2:18-cv-16039<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that on this day, Plaintiff Jennifer Murray, by and through her attorneys Price Law Group, APC, and Defendant Navient Solutions, LLC, by and through its attorneys Stradley Ronon Stevens & Young, LLP, hereby stipulate and agree that the above-entitled matter be dismissed with prejudice. It is further stipulated that the parties shall each bear their own attorney's fees and costs.

Respectfully submitted this 2nd day of October 2019.

| **PRICE LAW GROUP, APC** | **STRADLEY RONON STEVENS & YOUNG, LLP** |
|---|---|
| By: */s/ Alla Gulchina*<br>Alla Gulchina, SBN: 003732010<br>alla@pricelawgroup.com<br>86 Hudson Street<br>Hoboken, NJ 07030<br><br>*Attorneys for Plaintiff,*<br>*Jennifer Murray* | By: */s/ Thomas F. Lucchesi*<br>Thomas F. Lucchesi, SBN: 018352011<br>tlucchesi@stradley.com<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, NJ 08082<br><br>*Attorneys for Defendant,*<br>*Navient Solutions, LLC.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

PRICE LAW GROUP, APC

*/s/ Justin Freedman*
