Alla Gulchina (SBN: 003732010)
**Price Law Group, APC**
86 Hudson Street
Hoboken, New Jersey 07030
T: (818) 600-5566
F: (818) 600-5466
alla@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jennifer Murray*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jennifer Murray, <br><br> Plaintiff, <br><br> v. <br><br> Navient Solutions, LLC, formerly known as Navient Solutions, Inc., <br><br> Defendant. | Case No.: 2:18-cv-16039 <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that on this day, Plaintiff Jennifer Murray, by and through her attorneys Price Law Group, APC, and Defendant Navient Solutions, LLC, by and through its attorneys Stradley Ronon Stevens & Young, LLP, hereby stipulate and agree that the above-entitled matter be dismissed with prejudice. It is further stipulated that the parties shall each bear their own attorney's fees and costs.

Respectfully submitted this 2nd day of October 2019.

| PRICE LAW GROUP, APC | STRADLEY RONON STEVENS & YOUNG, LLP |
|---|---|
| By: */s/ Alla Gulchina* <br> Alla Gulchina, SBN: 003732010 <br> alla@pricelawgroup.com <br> 86 Hudson Street <br> Hoboken, NJ 07030 <br><br> *Attorneys for Plaintiff,* <br> *Jennifer Murray* | By: */s/ Thomas F. Lucchesi* <br> Thomas F. Lucchesi, SBN: 018352011 <br> tlucchesi@stradley.com <br> 457 Haddonfield Road, Suite 100 <br> Cherry Hill, NJ 08082 <br><br> *Attorneys for Defendant,* <br> *Navient Solutions, LLC* |

**SO ORDERED**
s/Madeline Cox Arleo
Madeline Cox Arleo, U.S.D.J.
Date: 10/4/19

- 1 -